IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT STEWART, REBECCA HOWARD AND PHILIP MCCALL,**<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>**FIRST STUDENT, INC.,**<br>　　　　Defendant. | CIVIL ACTION<br><br><br>NO.  20-2556 |

# O R D E R

**AND NOW**, this 7th day of November, 2022, upon consideration of Plaintiffs' Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (ECF No. 108), Defendant's Motion to Transfer Venue pursuant to the same (ECF No. 110), Defendant's Response to Plaintiff's Motion (ECF No. 111), and Plaintiffs' Response to Defendant's Motion (ECF No. 112), it is **HEREBY ORDERED** that:

1. Plaintiffs' Motion to Transfer Venue (ECF No. 108) is **GRANTED**.

2. Defendant's Motion to Transfer Venue (ECF No. 110) is **DENIED**.

3. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Northern District of Ohio.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/WENDY BEETLESTONE, J.
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**