## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Stewart,<br>　　　　Plaintiff(s),<br>v.<br><br>First Student, Inc.,<br><br>　　　　Defendant(s). | Date: November 22, 2024<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case No. 1:22 CV 2009 |

Telephonic status held w/ all counsel participating. Parties engaged in Mediation a couple weeks ago that was not successful - parties continuing to try to reach a resolution - parties to keep Court informed. Status re-set 12/5/24 @ 8:45AM by phone - counsel to update Court. If case not resolved, parties to propose a discovery + motion schedule + a proposed trial date in 2025.

Length of Proceeding: 15 min

United States District Judge 11/22/24