IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT STEWART, REBECCA HOWARD and PHILIP MCCALL, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FIRST STUDENT, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-02009-DCN<br><br>Judge Donald C. Nugent |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This 20th day of December 2024, Robert Stewart, Rebecca Howard, and Philip McCall ("Plaintiffs") and First Student, Inc. ("Defendant") (collectively, "the Parties"), hereby stipulate to dismissal with prejudice under F.R.C.P. 41(a)(2), and respectfully ask the Court to close this case.

SO STIPULATED:

/s/ David J. Cohen
David J. Cohen (admitted *Pro Hac Vice*)
STEPHAN ZOURAS LLC
604 Spruce Street
Philadelphia, PA 19106
215-873-4836
dcohen@stephanzouras.com

James B. Zouras (admitted *Pro Hac Vice*)
STEPHAN ZOURAS LLC
222 W. Adams St., Suite 2020
Chicago, IL 60606
312-233-1550
jzouras@stephanzouras.com

*Attorneys for Plaintiffs*

/s/ Matthew J. Hank
Matthew J. Hank (admitted *Pro Hac Vice*)
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
267-402-3000
mhank@littler.com

Alex R. Frondorf, Bar No. 0087071
LITTLER MENDELSON, P.C.
127 Public Square, Suite 1600
Cleveland, OH 44114-9612
216-696-7600
afrondorf@littler.com

*Attorneys for Defendant First Student, Inc.*

SO APPROVED:

_____ 1/6/25
Judge Donald C. Nugent